IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TOMMY LEE WILSON, ) | |
| AIS #225500, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 3:06-CV-751-WKW |
| ) | |
| RALPH HOOKS, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## **ORDER**

On August 17, 2009 the Magistrate Judge filed a Recommendation ("Recommendation") in this case. (Doc. # 34.) Petitioner Tommy Lee Wilson filed an Objection to the Recommendation on September 3, 2009. (Doc. # 35.) The court has conducted an independent and *de novo* review of those portions of the Recommendation to which objection is made. *See* 28 U.S.C. § 636(b)(1).

Mr. Wilson's Objection fails to identify specific points of disagreement with the Recommendation. Mr. Wilson does not explain how he can overcome the Recommendation's finding that all but one of his grounds for habeas relief are procedurally barred by his failure to exhaust them in state court. (Doc. # 34, at 12-13, 22-26.) The only surviving ground for relief is Mr. Wilson's claim that the evidence at his trial was constitutionally insufficient to support the verdict against him, in contravention of *Jackson v. Virginia*, 443 U.S. 307, 318-19 (1979). As the Recommendation states, Mr. Wilson has made no showing that the state court's resolution of this issue fell below the highly

deferential standard of review to be applied in federal habeas corpus proceedings. (Doc. #34, at 17-19.)

Accordingly, it is ORDERED that:

(1) Mr. Wilson's Objection (Doc. # 35) is OVERRULED;

(2) The Recommendation (Doc. # 34) is ADOPTED;

(3) Mr. Wilson's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DENIED, and;

(4) This case is DISMISSED with prejudice.

DONE this 15th day of September, 2009.

                                   /s/  W.  Keith Watkins
                                   UNITED STATES DISTRICT JUDGE